844

No. 97–9293.  TUCKER v. BARTON ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 97–9295.  COCHRAN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–9297.  BARRETT v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 97–9298.  ROCHE v. UNITED STATES; and
No. 97–9367.  RIVERA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–9299.  SWEATT v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 97–9300.  SANCHEZ PALACIOS v. THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–9303.  COLWELL v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 97–9306.  WHITLEY v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 97–9307.  VIDAL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 97–9308.  WILSON v. KINKELA ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 97–9309.  DIAZ, AKA THOMAS v. BRADY.  C. A. 8th Cir.  Certiorari denied.

No. 97–9310.  WALTON v. APFEL, COMMISSIONER OF SOCIAL SECURITY.  C. A. 8th Cir.  Certiorari denied.

No. 97–9311.  MORETTI v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 97–9312.  KEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–9315.  MINERD v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.